UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| DONALD LEE DENNIS | : | CASE NUMBER A16-51842-CRM |
| DEBTOR | : | |

### TRUSTEE'S SUPPLEMENTAL REPORT
### FOLLOWING CONFIRMATION HEARING

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back in ten (10) days following the Confirmation Hearing held on July 12, 2016:**

As to whether Debtor paid $960.00 to the Trustee

As to whether Debtor filed amended schedules

**The Attorney for the Trustee has reviewed the case as instructed and:**

Recommends dismissal because:

Debtor failed to file amended schedules

*Please enter an Order of Dismissal*

This the 2nd day of September, 2016.

\_\_\_/s/_____
Julie M. Anania,
Attorney for Chapter 13 Trustee
GA Bar Number 477064
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201

*/mam*

## CERTIFICATE OF SERVICE

Case No:  A16-51842-CRM

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
DONALD LEE DENNIS
2900 LAND RUN DRIVE #184
ATLANTA, GA  30311

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation Hearing through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
THE SEMRAD LAW FIRM, LLC
rjsatlcourtdocs@gmail.com

This the 2nd day of September, 2016.

/s/_____
    Julie M. Anania
    Attorney for the Chapter 13 Trustee
    State Bar No. 477064
    303 Peachtree Center Avenue, NE
    Suite 120
    Atlanta, GA 30303
    678-992-1201